# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN GREENE,<br><br>                  Plaintiff,<br>   vs.<br><br>UNITED STATES OF AMERICA; JEFFREY CRANFORD; MARK VAN LUVEN; and DOES 1 through 100, inclusive,<br><br>                  Defendants. | CASE NO. 08-CV-0330 H (WMC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

On February 19, 2008, plaintiff Calvin Greene, proceeding pro se, filed a complaint against the United States of America and Jeffrey Cranford and Mark Van Luven, both United States Customs and Border Protection officers.  (Doc. No. 1.) Plaintiff has filed a motion to proceed in forma pauperis.  (Doc. No. 2.)

Any party instituting a civil action in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.  See 28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the fee only if the Court grants leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) if the plaintiff demonstrates an inability to pay the filing fee.  After reviewing Plaintiff's declaration in support of his motion, the Court concludes that Plaintiff has established

1 | that he is unable to pay the filing fee. Accordingly, the Court grants Plaintiff's motion
2 | to proceed in forma pauperis.
3 | IT IS SO ORDERED.
4 | DATED: February 26, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT