# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

CALVIN GREENE

vs

UNITED STATES OF AMERICA
OFFICER JEFFREY CRAWFORD
OFFICER MARK VAN LUVEN,
AND DOES 1-100
inclusive
                                    DEFENDANTS

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0330 H WMc

FILED
2008 MAR -7 PM
CLERK US DISTRICT
SOUTHERN DISTRICT OF CA

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CALVIN GREENE
1625 E. FLORIDA ST. #3
LONG BEACH, CA. 90802          (562) 437-0708

   An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

MAR 07 2008

By _____, Deputy Clerk                    DATE

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT:14443\1 May 5, 1999 (11:34am)