# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN GREENE,<br><br>                       Plaintiff,<br>   vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                      Defendants. | CASE NO. 08-CV-0330-H (WMC)<br><br>ORDER REGARDING SERVICE OF PROCESS |

      Plaintiff filed his complaint on February 19, 2008.  (Doc. No. 1.)  On February 26, 2008, the Court granted Plaintiff's motion to proceed in forma pauperis ("IFP"). (Doc. No. 3.)  At this time, no proof of service has been filed.  Federal Rule of Civil Procedure 4(m) requires service within 120 days of filing the complaint, unless good cause for delay is shown.  Since the Court's order granting IFP did not expressly authorize service by the United States Marshals Service, the Court enters this order to clarify the process for serving the defendants.

      The Court authorizes service by the Marshals Service.  The Clerk shall mail Plaintiff the materials for IFP service of process, including the summons, complaint, and U.S. Marshal Form 285s.  Plaintiff shall complete a U.S Marshal Form 285 for each named defendant in his complaint and forward them to the U.S. Marshals Service along with any other required materials.  The Court extends the deadline for service of process to **October 24, 2008**.  Plaintiff should promptly forward the necessary materials to the

1  U.S. Marshals Service to ensure timely service. If service is not completed in a timely
2  fashion, and there is not good cause for the delay, the Court may dismiss the case under
3  Federal Rule of Civil Procedure 4(m).
4      IT IS SO ORDERED.
5  Dated: July 25, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.