AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| Calvin Greene | SUMMONS IN A CIVIL ACTION |
|---|---|
| vs | Case No.   08-CV-0330-H-WMC |
| United States of America; Jeffrey Cranford; Mark Van Luven | |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Calvin Greene (Pro Se)
1625 East Florida Street #3
Long Beach, CA 90802

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    July 25, 2008
Clerk of Court                              DATE
*(signature)*  (SEAL)
By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action