KAREN P. HEWITT
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
California State Bar No. 188013
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5680
Facsimile:   (619) 557-5004
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA;
JEFFREY CRANFORD; MARK VAN LUVEN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN GREEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>OFFICER JEFFREY CRANFORD;<br>OFFICER MARK VAN LUVEN; AND<br>DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 08 cv 0330 H (WMc)<br><br>NOTICE OF MOTION AND<br>MOTION TO DISMISS<br><br><br>CTRM:　13<br>JUDGE:　Hon. Marilyn L. Huff<br><br>DATE:　September 29, 2008<br>TIME:　10:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that on September 29, 2008 at 10:30 a.m., or as soon thereafter as this matter can be heard in Courtroom 13 of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, California, Defendants UNITED STATES OF AMERICA, JEFFREY CRANFORD and MARK VAN LUVEN will move for an order dismissing Plaintiff's entire action on the ground it is barred by the doctrine of res judicata.

1 | This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Notice of Lodgment of Exhibits, all pleadings and files in this action, and upon such other matters presented to the Court at the time of the hearing.

DATED: August 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Dianne M. Schweiner
_____
DIANNE M. SCHWEINER
Assistant United States Attorney
Attorneys for Defendants
UNITED STATES OF AMERICA,
JEFFREY CRANFORD and
MARK VAN LUVEN

KAREN P. HEWITT
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
California State Bar No. 188013
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5680
Facsimile:   (619) 557-5004
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA;
JEFFREY CRANFORD; MARK VAN LUVEN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN GREEN,<br><br>           Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br>OFFICER JEFFREY CRANFORD;<br>OFFICER MARK VAN LUVEN; AND<br>DOES 1-100, inclusive,<br><br>           Defendants. | Case No. 08 cv 0330 H (WMc)<br><br>CERTIFICATE OF SERVICE<br><br><br>CTRM:   13<br>JUDGE:   Hon. Marilyn L. Huff |

IT IS HEREBY CERTIFIED THAT:

I, DIANNE M. SCHWEINER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the following documents:

NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

1 | by the United States Postal Service, to the following non-ECF participants in this case:

Calvin Greene
1625 E. Florida Street, #3
Long Beach, CA 90802

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 25, 2008.

                                    s/ Dianne M. Schweiner
                                    DIANNE M. SCHWEINER